IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES HENRY                                                                                    PLAINTIFF

v.                                    CASE NO. 4:21-CV-00206-BSM

JESTINY GIBSON and
KRISTIE FLUD                                                                                 DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 53] is adopted. Defendants' motion for summary judgment [Doc. No. 32] is granted, and Henry's motions for summary judgment [Doc. No. 15] and for temporary injunction [Doc. No. 27] are denied. Henry's lawsuit is dismissed with prejudice.

IT IS SO ORDERED this 14th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE