IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES HENRY**                                                                                          **PLAINTIFF**

v.                                  **CASE NO. 4:21-CV-00206-BSM**

**JESTINY GIBSON and**
**KRISTIE FLUD**                                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE